IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30740
Summary Calendar
_____

DAVID SINGLETON,

Plaintiff-Appellant,

versus

RICHARD STALDER ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 94-CV-851
- - - - - - - - - -
July 2, 1998
Before JOLLY, HIGGINBOTHAM and DeMOSS, Circuit Judges.

PER CURIAM:[*]

David Singleton, Louisiana state prisoner #81080, has filed an application for leave to proceed in forma pauperis (IFP) on appeal, following the district court's certification that an appeal would be frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). By moving for IFP, Singleton is challenging the district court's certification that IFP should not be granted on appeal because his appeal is not taken in good faith. See Baugh v. Taylor, 117 F.3d 197, 202 (5th Cir. 1997).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Singleton alleged that the defendants (1) retaliated against him for his having filed a grievance, (2) were deliberately indifferent to his serious medical needs, (3) required him to perform work that was contrary to his assigned medical duty status, and (4) violated his due process rights. We have reviewed the record and uphold the district court's order certifying that the appeal is not taken in good faith. Singleton's request for IFP status is DENIED, and his appeal is DISMISSED as frivolous. See Baugh, 117 F.3d at 202 n.24; 5TH CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED.